FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 APR 30 A 10: 22

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 1:13-cv-03015-ELH |
| v. | * | BY_____ DEPUTY |
| JOHN DOE subscriber assigned IP address 173.69.154.36, | * | |
| | * | |
| Defendant. | * | |

### ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** having come before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until June 30, 2014 to effectuate service on the Defendant.

DONE AND ORDERED this 30th day of April, 2014.

By _____
UNITED STATES DISTRICT JUDGE