UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. <u>1:13-cv-03015-ELH</u> |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 173.69.154.36,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT
<u>WITH A SUMMONS AND COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve John Doe Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On October 16, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identifying information [CM/ECF 6]. Plaintiff issued the subpoena on or about October 17, 2013, but did not receive the ISP's response until February 26, 2014.

3. On June 21, 2014, Plaintiff filed an Amended Complaint under seal naming the Defendant, along with a proposed summons to be issued by the clerk. The summons was issued under seal on June 23, 2014.

1

4\. Upon receipt of the clerk issued summons, Plaintiff immediately requested that its process server begin to attempt service on the Defendant. To date, despite the process server's efforts, the Defendant has not been served.

5\. Pursuant to this Court's Order dated July 1, 2014, Plaintiff's deadline to effectuate service of the summons and Complaint upon Defendant is today, July 30, 2014.

6\. Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the Defendant be extended by an additional thirty (30) days, or until August 29, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until August 29, 2014. A proposed order is attached for the Court's convenience.

Dated: July 30, 2014

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jon A. Hoppe*

4\. Upon receipt of the clerk issued summons, Plaintiff immediately requested that its process server begin to attempt service on the Defendant. To date, despite the process server's efforts, the Defendant has not been served.

5\. Pursuant to this Court's Order dated July 1, 2014, Plaintiff's deadline to effectuate service of the summons and Complaint upon Defendant is today, July 30, 2014.

6\. Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the Defendant be extended by an additional thirty (30) days, or until August 29, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until August 29, 2014. A proposed order is attached for the Court's convenience.

Dated: July 30, 2014

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jon A. Hoppe*